UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cr-00312-SEB-TAB |
| | ) | |
| DANIELLE ALFORD, aka Danielle Bramlett | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the Government's Motion to Dismiss the Indictment in

this matter,  it is ORDERED that the Motion to Dismiss the Indictment is hereby

GRANTED.

SO ORDERED.


Date: _____3/16/2022_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution to counsel of record via CM/ECF